cc: order, docket, remand letter
to Los Angeles Superior Court
case no. BC 38383

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6
(Ex)

| Case No. | CV 08 - 2118 ODW (CE) | Date | June 5, 2008 |
|---|---|---|---|
| Title | *Viking Capital Company, LLC, v. Safe Haven Financial Center, Inc.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In chambers)   **Order GRANTING Plaintiff's Motion to Remand**

On January 15, 2008, Viking Capital Company, LLC ("Plaintiff") filed this action in California state court. Plaintiff sought a declaration that it does not owe Safe Haven Financial Center, Inc. ("Defendant") any commissions from a $77,000,000 "premium finance deal" that the parties apparently consummated. On February 29, 2008, Defendant answered and filed a cross-complaint seeking over $1,000,000 in damages. On March 28, 2008, Defendant removed the action to this court, asserting diversity jurisdiction based on the allegations in its cross-complaint.

Plaintiff now moves to remand because Defendant's attempt comes "well beyond the statutory 30-day window for removal, and suffers from numerous procedural defects." (Mot. at 1.) Defendant opposes the instant motion by arguing that "the requirements for diversity jurisdiction were not met until Safe Haven filed its Cross-Complaint." (Opp'n at 3.) Within 30 days thereafter, Defendant adds, it properly and timely removed the action to this court. For the following reasons, this action is hereby remanded to the Los Angeles Superior Court and Plaintiff's request for attorneys' fees is denied.

Defendant concedes that had the action been removable when it was served with Plaintiff's original complaint on February 1, 2008, Defendant's March 28, 2008 removal would have been untimely. (Opp'n at 3-5.) *See* 28 U.S.C. § 1446(b) (notice of removal must be filed within 30 days of service of removable pleading). Instead, Defendant contends that Plaintiff's original complaint "was not removable" because it did not allege an amount in controversy, and that Defendant "was required to wait until its Cross-Complaint was filed to trigger its right to removal." (Opp'n at 4.) Defendant's argument is self-defeating.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS - 6**

| Case No. | CV 08 - 2118 ODW (CE) | Date | June 5, 2008 |
|---|---|---|---|
| Title | *Viking Capital Company, LLC, v. Safe Haven Financial Center, Inc.* | | |

  Quite simply, while courts are divided as to whether a defendant's counterclaim is part of the "amount in controversy" in determining diversity jurisdiction, the better (majority) view is that counterclaims cannot be used to satisfy the jurisdictional amount in removed cases.  *See* Wright, Miller & Cooper, *Federal Practice and Procedure:* Jurisdiction 3d §§ 3706, 3725 (1998 and 2001 Supp.); *see also RLA v. Cape Cod Biolab Corp.*, 2001 WL 1563710, *3 (N.D. Cal. November 30, 2001) (collecting cases and adopting majority view).  Accordingly, because Defendant bases its removal solely on the allegations contained in its Cross-Complaint, Plaintiff's motion to remand is GRANTED.

  Given the apparent proclivity of certain courts to consider a counter-complaint in calculating the amount in controversy, the court cannot say that Defendant's removal was objectively unreasonable.  *See Martin v. Franklin Capital Corp.,* 546 U.S. 132, 141 (2005) ("Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when an objectively reasonable basis exists, fees should be denied.").  Accordingly, Plaintiff's's request for fees is DENIED.

  **SO ORDERED.**

|  | -- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | RGN |